UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY KROENING,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 3:25-cv-01180-MC<br><br><br>ORDER OF REMAND |

    Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, an administrative law judge will take any further action needed to complete the administrative record and issue a new decision.  The ALJ will also reevaluate Plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; if warranted, obtain evidence from a medical expert related to the nature and severity of Plaintiff's functional limitations; and if warranted, continue the sequential evaluation process.

    The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  After judgment, Plaintiff

may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

 IT IS SO ORDERED this <u>  4th  </u> day of <u>  November  </u> 2025.

          <u>s/Michael J. McShane</u>
          UNITED STATES MAGISTRATE JUDGE

Submitted by:

SCOTT E. BRADFORD
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

MATHEW W. PILE
Head of Program Litigation 1

<u>s/ Christopher Vieira</u>
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
(510) 970-4808
christopher.vieira@ssa.gov
Attorneys for Defendant