Rory J. Linerud, OSB # 970061
rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY KROENING,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CIVIL No. 3:25-CV-01180-MC<br><br>ORDER AWARDING FEES PURSUANT TO 42 U.S.C. § 406(b) |

Attorney fees in the amount of $20,300 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $2,500.00. After offset, the net amount of the attorney fee payable is $17,800.00. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $17,800.00 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this 7th day of October, 2026.

Michael J. McShane

s/Michael J. McShane
HONORABLE MICHAEL J. MCSHANE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Rory J. Linerud

RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: rorylinerud@hotmail.com
Fax: (503)877-6691